428 A.2d 683

Commonwealth v. Campbell, Appellant.

Submitted December 1979.   John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence affirmed.

428 A.2d 683

Commonwealth v. Frank, Appellant.

Submitted March 21, 1980.   Thomas G. Klingensmith, Assistant Public Defender, for appellant;  Ronald L. Buckwalter, District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

The judgment of sentence of the lower court is hereby affirmed.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.